**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| MICHELLE POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO:  7:12-cv-00614 |
| | ) | |
| NEW ENGLAND COMPOUNDING | ) | |
| PHARMACY, INC., d/b/a NEW ENGLAND | ) | |
| COMPOUNDING CENTER, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| IMAGE GUIDED PAIN MANAGEMENT, | ) | |
| P.C., d/b/a INSIGHT IMAGING - | ) | |
| ROANOKE, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF STAY BY REASON OF BANKRUPTCY**

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

Respectfully submitted,
Defendant New England Compounding Pharmacy, Inc.
By its Attorneys,

 /s/
Rebecca S. Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:  804.649.8200
Facsimile:  804.649.1762
E-mail:    rebecca.herbig@bowmanandbrooke.com

Date:    December 26, 2012

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of foregoing Notice of Stay by Reason of

Bankruptcy was filed via CM/ECF on this 26th day of December, 2012, which will send a Notice of

Electronic Filing (NEF) to the following:

Patrick T. Fennell, Esq. (VSB No.: 40393)
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone:     (540) 342-2000
Facsimile:      (540) 400-0616
*Counsel for Plaintiff*

    /s/
Rebecca S. Herbig (VSB No. 65548)
BOWMAN AND BROOKE LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:     804.649.8200
Facsimile:      804.649.1762
rebecca.herbig@bowmanandbrooke.com
*Counsel for New England Compounding
Pharmacy, Inc., d/b/a New England
Compounding Center*